

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MR. JASON NAILLEAUX,
    Plaintiff,

v.          CIVIL ACTION NO. 19-CV-2207

UNITED STATES OF AMERICA MINT
(MONEY),
    Defendant.

FILED
MAY 2 4 2019
KATE B[...]MAN, Clerk
By_____ Dep. Clerk

## MEMORANDUM

JONES, II    J.                                                                MAY 24, 2019

    Plaintiff Jason Nailleaux filed this civil action against the "United States of America Mint (Money)." Nailleaux also moved to proceed *in forma pauperis*. The Court will grant Nailleaux leave to proceed *in forma pauperis* because it appears that he cannot afford to pre-pay the fees to commence this civil action and dismiss his Complaint as frivolous.

    As Nailleaux is proceeding *in forma pauperis*, 28 U.S.C. § 1915(e)(2)(B) applies, which requires the Court to dismiss the Complaint if, among other things, it is frivolous. A complaint is frivolous if it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). It is legally baseless if "based on an indisputably meritless legal theory," *Deutsch v. United States*, 67 F.3d 1080, 1085 (3d Cir. 1995), and factually baseless "when the facts alleged rise to the level of the irrational or the wholly incredible." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

    Here, Nailleaux alleges that he "ordered to all [countries] in the world that they are to withhold the master [property] of [financials] in conjunction to all businesses, [corporations] and bill of note or forms of payment and to fill against the United States of America by [taxes] for not producing the [property] of [financials]." (Compl. at 3.) The Court cannot understand the

1

basis for Nailleaux's claims and, to the extent the Court can understand Nailleaux's allegations, they do not suggest any factual or legal basis for a claim within the Court's jurisdiction. Accordingly, the Court will dismiss the Complaint as frivolous. Notably, prior cases that Nailleaux filed against the U.S. Mint have been dismissed for similar reasons. *See Nailleaux v. U.S. Mint*, D. Md. Civ. A. No. 19-1390 (May 20, 2019 Order); *Nailleaux v U.S. Mint*, D. Md. Civ. A. No. 19-442 (Mar. 1, 2019 Order); *Nailleaux v U.S. Mint*, D. Md. Civ. A. No. 19-304 (Feb. 8, 2019 Order); *see also Nailleaux v. U.S. Mint*, D.D.C. Civ. A. No. 19-307 (Mar. 21, 2019 Order).

BY THE COURT:

C. DARNELL JONES, II, J.

ENT'D MAY 24 2019

5/24/19 mail.
Nailleaux