

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MR. JASON NAILLEAUX, :
    Plaintiff, :
     :
v. : CIVIL ACTION NO. 19-CV-2207
     :
UNITED STATES OF AMERICA MINT :
(MONEY), :
    Defendant. :

## ORDER

AND NOW, this 24th day of May, 2019, upon consideration of Plaintiff Jason Nailleaux's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons stated in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

C. DARNELL JONES, II, J.

ENT'D MAY 24 2019

5/24/19 mail
Nailleaux